**UBS**

# FA Compensation Plan Acknowledgement

I have received my copy of the 2007 Financial Advisor Compensation Plan ("Plan") and understand it is my responsibility to read it and understand its contents. I agree that I will be bound by the terms of the Plan. I understand that notwithstanding the Plan, I am and will remain an at-will employee, which means that either I or UBS can terminate my employment at any time, for any or no reason, with or without advance notice.

_____Eliot Cohen_____
Employee Name

_____[signature]_____
Employee Signature

_____4/3/7_____
Date

Please return this signed acknowledgement to your Branch Management team.

LEGAL_US_E # 72440501.1

CONFIDENTIAL                                                                 UBS 12563