UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIOT COHEN *et al.*,

                Plaintiffs,

     -against-

UBS FINANCIAL SERVICES, INC., *et al.*,

                Defendants.
------------------------------------------------------------X

12 Civ. 2147 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/13

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, this case has been assigned to me for all purposes.

    It is hereby **ORDERED** that counsel review and comply with the Court's Individual Rules and Procedures ("Individual Rules") (available at the Court's website, http://nysd.uscourts.gov/judge/Schofield).

    Counsel are further directed to submit a joint letter to the Court no later than **October 21, 2013**. The parties should append the most recent complaint and the most recent scheduling order to the status letter. The letter should be filed via ECF in accordance with the Individual Rules. The status letter should not exceed 5 pages and should include the following:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion;

2. A brief statement by plaintiff as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In addition, in cases for which subject matter jurisdiction is founded on diversity of citizenship, the parties shall comply with the Court's Individual Rule IV.A.3;

3. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the status conference;

4. A computation of each category of damages claimed, *see* Fed. R. Civ. P. 26(a)(1)(A)(iii);

5. A statement of procedural posture and upcoming deadlines;

6. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

7. Any other information that the parties believe may assist this Court in resolving the action.

Unless notified otherwise by the Court, the parties should presume that any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer. Any request for an extension or adjournment shall be made by letter as provided in Individual Rules I.B.2 and must be received at least 48 hours before the deadline or conference.

SO ORDERED.

Dated: October 8, 2013
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE